### 19118

Lota BOOTLE, Respondent, v. LABRASCA, INC., Appellant.
(177 S. E. (2d) 544)

*Joseph R. Young, Esq., of Young, Clement & Rivers,*
of Charleston, *for Appellant,*

*Messrs. Bailey & Buckley, Frank H. Bailey and Gedney
M. Howe, of Charleston, for Respondent,*

November 4, 1970.

*Per Curiam.*

The plaintiff was injured in a fall in a restaurant operated
by the defendant at the corner of King and Cleveland Streets
in the City of Charleston. The jury awarded her a verdict
for $18,500.00 actual damages, and defendant's motion for
judgment *non obstante veredicto* was denied by the court.
This is an appeal by defendant from the denial of its motion.

The defendant urges that the evidence was insufficient
to establish any negligence on its part as a proximate
cause of plaintiff's injury, and, alternatively, that
plaintiff was guilty of contributory negligence as a matter
of law. These issues are not properly before us because the
record fails to establish that they were presented to the trial

judge by motion for a directed verdict. Absent such a motion at the appropriate stage of the trial, a motion for judgment *non obstante veredicto* will not lie. We have, nevertheless, carefully examined the record in the light of the briefs and the arguments of counsel, and are convinced that the grounds of appeal urged by defendant are without merit. The evidence raised jury issues as to whether the defendant negligently failed to adequately light or otherwise give warning of a step down between adjacent dining areas, which caused plaintiff's fall, and as to whether plaintiff was contributorily negligent in failing to detect the condition and to save herself from harm.

Affirmed.